HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC, <br><br> Plaintiff, <br><br> v. <br><br> STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission, <br><br> Defendant. | No. 2:24-cv-01770-JHC <br><br> ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT <br><br> [PROPOSED] |

    This matter came before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint. The Court has reviewed the foregoing Motion, Plaintiff's Opposition and supporting papers (if any), Defendants' Reply (if any), and the records and pleadings already on file.

    Based on the foregoing, Defendant's Motion to Dismiss Plaintiff's Complaint is hereby GRANTED. The Complaint is hereby DISMISSED.

IT IS SO ORDERED.

    ISSUED this _____ day of _____, 2024.

_____
Honorable John H. Chun
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT - 1
No. 2:24-cv-01770-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Presented by:

PACIFICA LAW GROUP LLP

*s/ Paul J. Lawrence*
Paul J. Lawrence, WSBA #13557
Jamie L. Lisagor, WSBA #39946
Ai-Li Chiong-Martinson, WSBA #53359
Erica Coray, WSBA #61987

Attorneys for Defendant Steve Walker

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
COMPLAINT - 2
No. 2:24-cv-01770-JHC

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750