# EXHIBIT D





HOME | SITE MAP | SEARCH | CONTACT

HOMEOWNERSHIP  |  MULTIFAMILY  |  BEYOND HOUSING  |  COMPLIANCE  |  INVESTORS

# House Key Opportunity Program

🔸 Got questions? Need help selecting a program? Having trouble completing a reservation?

We're here to help with all of that and more! For a quick response please email us at info@heretohome.org or call 1-800-767-4663 and ask to speak with a Program Compliance Administrator in the Homeownership Division.

Select Language
Powered by Google Translate

Home Advantage Rates  |  **House Key Opportunity Rates**  |  Habitat & CLT

**HOMEOWNERSHIP**
- Covenant Homeownership Program
- Home Advantage
- Opportunity
- MCC Reissuance
- Homebuyer Education
- Premier Lenders
- Downpayment Assistance
- Homeowners Guide
- Counseling Providers



**1.** Freddie Mac HFA Advantage program - High Balance Loans not available.

**2.** FHA, USDA, VA and FANNIE programs - High Balance loans above $766,500 and up to $977,500 are allowed in High Cost Areas. No additional fees apply.

**Click here to see 2024 80% AMI Limits - Conventional Loans**

*Current loan amount may **not** exceed $766,500 in any county for Freddie Mac HFA Advantage.

**Fannie Mae "HFA Preferred" and Freddie Mac "HFA Advantage" Pricing Has Changed**

Beginning February 12, 2020, Freddie Mac has made changes to HFA Advantage that mirrors the changes Fannie Mae made to HFA Preferred on September 5, 2019. . Pricing benefits are limited to borrowers with incomes at or below 80% AMI. Our rate sheets reflect this change with higher pricing for borrowers above 80% AMI for both Fannie and Freddie. For more details, see our November 21, 2019 Program Announcement.

**Rates subject to change without notice. Homebuyers interested in applying for financing should contact one of the Commission's Participating Lenders. The Commission does not lend money directly to consumers. Participating Lenders pre-qualify consumers and originate all mortgage loans. This is not an advertisement for credit as defined in Regulation Z. Contact a Commission Participating Lender for Annual Percentage Rate (APR). This is not a commitment to lend. Visit heretohome.org for more information.

***Further fees may apply. Contact your participating loan officer for further information.

**THE HOUSE KEY OPPORTUNITY PROGRAM IS ONLY AVAILABLE TO APPLICANTS USING THE FOLLOWING DOWNPAYMENT ASSISTANCE PROGRAMS:**

🔸 Opportunity
🔸 HomeChoice Program
🔸 ARCH East King County
🔸 Veterans

- Bellingham
- Purchasers using community second programs previously used with the Opportunity program.

**OR**

- Household purchasing never occupied new construction or in a community land trust (with or without the above downpayment assistance programs)

The Opportunity Program will be funded with tax-exempt mortgage revenue bonds and cannot be combined with the Mortgage Credit Certificate program. Additional IRS guidelines apply. Please talk with a Participating Lender.

## HOW TO GET STARTED

**1:** **You must first attend a free Homebuyer Education seminar.** It will provide you with the steps to buying your first home. You will receive a certificate upon completion of the class, valid for two years. This will be a requirement of your loan process.
*Homebuyer Education Seminar Schedule*

**2:** **Contact a Commission-trained loan officer to see what you will qualify for.** They can find the right loan type that will work with our programs. They also know the income and acquisition cost limits we require. *Premier Participating Loan Officers*

**3:** **Once you know how much you qualify for, it is time to look for a home.** Your lender and real estate professional will work with you to locate and finance a home.

## ADDITIONAL HELP WITH HOMEOWNERSHIP

- Washington Homeownership Resource Center is an unbiased, community-sponsored, nonprofit agency that knows the programs, products and people throughout Washington State that can help.

- Washington State Dept. of Financial Institutions, protecting Washington homeowners and buyers. Free state sponsored counseling is available to Washington residents who are facing foreclosure, thinking of buying a home, or considering refinancing. To speak with a counselor, call the Washington Homeownership Information Hotline at 1.877.894.HOME (1.877.894.4663).

## HOUSE KEY OPPORTUNITY FIRST MORTGAGE LOAN AND SECOND MORTGAGE LOAN FOR DOWNPAYMENT ASSISTANCE

*Do you qualify?*

**If** you've attended and obtained a certificate from a Commission-sponsored homebuyer education seminar within the last two years; and...

**If** you are a first-time homebuyer, defined as someone who has not owned and occupied a primary residence at any time in the past 3 years (if you purchase in a Target Area you do not have to be a first-time homebuyer); and...

**If** you meet the program income and acquisition cost limits listed below; and...

**If** you are either purchasing never-occupied, new construction **or** you qualify for one of the following downpayment assistance programs: Opportunity, HomeChoice, Bellingham, ARCH, Veterans, or a community second programs previously used with the Opportunity program; **and ...**

**If** you meet with a Participating Loan Officer and determine that you qualify for a mortgage loan according to FHA, VA, Conventional, Rural Housing Services (RHS),

*Then... you may qualify!*`

## HOUSE KEY OPPORTUNITY PROGRAM PARTICIPATING LENDERS

These Participating Lenders have a proven track record of originating and closing Opportunity loans.
See *Premier Participating Loan Officer*.

- 1st Security Bank of Washington
- American Pacific Mortgage
- LoanDepot
- Lower LLC

- Banner Bank
- Bay Equity LLC
- Canopy Mortgage
- Cardinal Financial
- Churchill Mortgage
- CMG Mortgage
- Community First Mortgage
- Cornerstone Home Lending
- CrossCountry Mortgage
- DAS Acquisition
- DHI Mortgage
- Diamond Residential Mortgage
- Directors Mortgage
- Envoy Mortgage
- Everett Financial
- Evergreen Home Loans
- Fairway Independent Mortgage
- Guaranteed Rate
- Global Federal Credit Union
- Guild Mortgage
- Highlands Residential Mortgage
- HomeSight
- HomeStreet Bank
- International City Mortgage
- Ixonia Bank
- LeaderOne Financial
- Luminate Home Loans
- Movement Mortgage
- Mutual of Omaha Mortgage
- New American Funding
- NewRez
- NFM Lending
- Northpointe Bank
- Nova Financial
- Paramount Residential Mortgage Group
- Premier Lending
- Premier Mortgage Resources
- Primary Residential Mortgage
- Prime Lending
- Priority Home Lending
- Revolution Mortgage
- Summit Funding
- Summit Mortgage
- Sunflower Bank
- Synergy One Lending
- T2 Financial
- The Money Store
- Umpqua Bank
- US Bank
- Wallick & Volk
- Wheatland Bank
- Willamette Valley Bank

### QUESTIONS REGARDING PARTICIPATING LENDERS

The Commission welcomes new Participating Lenders into our programs. Please contact Corinna Obar at corinna.obar@wshfc.org or 206-287-4414

### INCOME LIMITS FOR HOUSE KEY OPPORTUNITY *Effective 09/02/2022*

Borrowers must not exceed these Maximum Annual Household Income Limits:

| COUNTY | Non-Targeted 1-2 persons | Non-Targeted 3+ Persons | Targeted 1-2 Persons | Targeted 3+ Persons |
| --- | --- | --- | --- | --- |
| Clark/Skamania | $110,000 | $125,000 | $120,000 | $140,000 |
| King/Snohomish | $150,000 | $175,000 | $150,000 | $175,000 |
| Kitsap | $100,000 | $115,000 | $120,000 | $140,000 |
| Pierce | $115,000 | $135,000 | $115,000 | $135,000 |
| All other counties | $100,000 | $115,000 | $120,000 | $140,000 |

### MAXIMUM ACQUISITION COST LIMITS *Effective 05/31/2022*

Borrowers purchasing in Target areas are encouraged as the Borrower does not need to be a first time homebuyer. See Target Areas for more information and maps.

| COUNTY | NON-TARGETED | TARGETED |
| --- | --- | --- |
| Clark/Skamania | $495,000 | $550,000 |
| Island | $400,000 | $475,000 |
| King/Pierce/Snohomish | $675,000 | $750,000 |
| Kitsap | $410,000 | $500,000 |
| San Juan | $410,000 | $480,000 |
| Whatcom | $425,000 | $500,000 |
| Skagit/Thurston | $390,000 | $475,000 |
| All Other Counties | $345,000 | $400,000 |

### FEDERAL SUBSIDY RECAPTURE TAX

The Opportunity Program uses the proceeds of tax-exempt bonds to provide first-time homebuyers the benefit of a lower interest rate. Should the home financed using the Opportunity Program be sold or otherwise disposed of within nine years of purchase, this benefit may be

"recaptured".  Please review this important information.

### WHEN WILL THESE FUNDS BECOME AVAILABLE?

Funding for the House Key Opportunity Program comes from the sale of tax-exempt bonds. Funds will be available on a first-come, first-served basis. If you have questions, please call us at 800.767.4663 or email info@heretohome.org.

*DISCLAIMER: The sponsorship by the Commission of a homebuyer education seminar does not endorse a person, business practice, product or service other than those of the Commission.*

**Home** | About | Racial Equity Strategic Plan | ADA | Careers | Commissioners | Contact Us | Events | *My View* Newsletter | Publications | **Homeownership**: Homebuyer Programs | Information for Lenders | Information for Real Estate Professionals | Information for Instructors | **Multifamily Housing**: 9% Housing Credit | Bond/Tax Credit | CBO Partnerships | 501(c)(3) Housing Bonds | **Special Programs**: Energy | Farmer/Rancher | Nonprofit Facilities | Land Acquisition Program | **Property Managers**: Asset Management and Compliance | **Information for Investors**: Official Statements, Annual Reports, Interim Information | Privacy Notice | Requests for Public Records

**Washington State Housing Finance Commission**

1000 2nd Avenue, Suite 2700, Seattle, Washington 98104 | Phone: 206-464-7139 or 800-767-4663 | Fax: 206-587-5113 | Contact Us

©1998-2024 All Rights Reserved