IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC. <br><br> Plaintiff, <br><br> v. <br><br> STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission, <br><br> Defendant. | Civil Action No. 2:24-cv-01770-JHC <br><br> **STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS AND CONTINUE INITIAL SCHEDULING DATES** <br><br> **Noted on motion calendar Dec. 30, 2024** |

Plaintiff Foundation Against Intolerance and Racism Inc. ("Plaintiff") and Defendant Steve Walker, in his official capacity as Executive Director of the Washington State Housing Finance Commission ("Defendant") jointly move the Court to extend the deadlines for filing an Opposition to and Reply to Opposition to Defendant's Motion to Dismiss (Dkt. No. 14), and continue initial scheduling dates (Dkt. No. 13). In support of this Stipulated Motion, the Parties state the following:

Stip. Mot. to Extend Deadlines - 1
Case No. 2:24-cv-01770-JHC

1. Plaintiff filed the Complaint in this matter on October 29, 2024. Dkt. No. 1.

2. On December 17, 2024, the Court entered an order establishing Initial Scheduling Dates, setting the deadline for Initial Disclosures pursuant to FRCP 26(a)(1) for January 14, 2025, and submission of the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) for January 21, 2025. Dkt. No. 13.

3. On December 20, 2021, Defendant filed a Motion to Dismiss Plaintiff's Complaint, causing the deadline to file an Opposition to be January 10, 2025, and Reply deadline of January 17, 2025. The noting date for the Motion to Dismiss is January 17, 2025.

4. On December 23, 2024, the Parties completed the FRCP 26(f) Conference, jointly conferred, and hereby jointly request a two-week extension for Plaintiff to respond to the Motion to Dismiss to January 24, 2025, and extension for Defendant to file his Reply to February 7, 2025, given the December holidays impacting the current deadline and limited availability of Plaintiff's counsel during that timeframe.

5. In addition, the Parties request that the deadlines for Initial Disclosures and submission of the Combined Joint Status Report and Discovery Plan be continued in light of Defendant's Motion to Dismiss.

6. For the foregoing reasons, the Parties therefore jointly and respectfully request that the Court extend Opposition and Reply deadlines to the Motion to Dismiss, and modify the Initial Scheduling dates in this matter as follows:

| Event | Revised Date |
| --- | --- |
| Opposition to Defendant's Motion to Dismiss | January 24, 2025 |
| Reply to Motion to Dismiss | February 7, 2025 |

Stip. Mot. to Extend Deadlines - 2
Case No. 2:24-cv-01770-JHC

| Initial Disclosures | Date determined by the Court following decision on Motion to Dismiss |
|---|---|
| Combined Joint Status Report and Discovery Plan | Date determined by the Court following decision on Motion to Dismiss |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 30th day of December, 2024.

| PACIFIC LEGAL FOUNDATION<br>*Attorneys for Plaintiff FAIR*<br><br>*s/ Andrew R. Quinio*<br>ANDREW R. QUINIO<br>California Bar # 288101 *<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>Fax: (916) 419-7747<br>AQuinio@pacificlegal.org<br><br>*s/ Chris Barnewolt*<br>CHRIS BARNEWOLT<br>D.C. Bar # 90020413 *<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, Virginia 22201<br>Telephone: (202) 888-6881<br>CBarnewolt@pacificlegal.org<br><br>*s/ Wesley Hottot*<br>WESLEY HOTTOT, WSBA # 47539<br>1425 Broadway, #429<br>Seattle, Washington 98122<br>Telephone: (425) 576-0484<br>Fax: (916) 419-7747<br>WHottot@pacificlegal.org<br><br>* Pro hac vice | PACIFICA LAW GROUP<br>*Attorneys for Defendant Steve Walker*<br><br>*s/ Ai-Li Chiong-Martinson*<br>[signature added per authority]<br>Ai-Li Chiong-Martinson<br>*s/ Paul Lawrence*<br>[signature added per authority]<br>Paul Lawrence<br>*s/ Jamie Lisagor*<br>[signature added per authority]<br>Jamie Lisagor<br>*s/ Erica Coray*<br>[signature added per authority]<br>Erica Coray<br>1191 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 245-1700<br>ai-li.chiong-martinson@pacificalawgroup.com<br>Paul.Lawrence@pacificalawgroup.com<br>Jamie.Lisagor@pacificalawgroup.com<br>Erica.Coray@pacificalawgroup.com |

Stip. Mot. to Extend Deadlines - 3
Case No. 2:24-cv-01770-JHC

# ORDER

The Parties jointly moved the Court for an extension of deadlines to Oppose and Reply to the Opposition to the Motion to Dismiss and other deadlines. Those deadlines are extended to the following dates:

| Event | Revised Date |
|---|---|
| Opposition to Defendant's Motion to Dismiss | January 25, 2025 |
| Reply to Motion to Dismiss | February 7, 2025 |
| Initial Disclosures | TBD following decision on Motion to Dismiss |
| Combined Joint Status Report and Discovery Plan | TBD following decision on Motion to Dismiss |

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 31st day of December, 2024.   _____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Stip. Mot. to Extend Deadlines - 4
Case No. 2:24-cv-01770-JHC