Hon. John H. Chun

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC. | ) ) ) | Civil Action No. 2:24-cv-01770-JHC |
| Plaintiff, | ) ) | |
| v. | ) ) | **DECLARATION OF MONICA HARRIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS** |
| STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission, | ) ) ) ) ) | |
| Defendant. | ) ) | |

I, Monica Harris, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am over eighteen years of age. As to the following facts, I know them to be true of my own knowledge and based on information and belief. If called as a witness, I would and could competently testify thereto.

2.  I am the Executive Director of the Foundation Against Intolerance and Racism, Inc. (FAIR). FAIR is the Plaintiff in the matter of *Foundation Against Intolerance and Racism, Inc., v. Steve Walker, in his official capacity as Executive Director of the Washington State Housing Finance Commission*, No. 2:24-cv-01770 (W.D. Wash. 2024).

Declaration of Harris - 1
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

3. FAIR is a nonprofit, nonpartisan organization that is dedicated to advancing civil rights and liberties for all Americans, and promoting a common culture based on fairness, understanding, and humanity. Through its legal advocacy, FAIR advocates for individuals denied equal protection, free expression, and other fundamental rights, regardless of their personal background or immutable characteristics.

4. As Executive Director for FAIR, I am responsible for overseeing FAIR's programs, strategic initiatives, and partnerships. I work closely with FAIR's advisors and Board of Directors to further the organization's objectives and expand its extensive network of local chapters, members, public policy and legal advocacy, and its professional development training programs. I familiarize myself with FAIR members on whose behalf the organization advocates.

5. There are members of FAIR who are interested in applying for the Covenant Homeownership Program. Member "A," who is referenced in FAIR's Complaint filed in this matter, is a member of FAIR. She is white and identifies as European-American. She received a VA Home Loan Certificate of Eligibility. She has attended a homeownership counseling program from HomeSight, a HUD certified financial educational and counseling agency. She regularly reviews the HUD website to determine if her local government and neighboring jurisdictions are participating in the Housing Choice Voucher Homeownership Program so she can apply and use the assistance to purchase a home. She is interested in applying for the Covenant Homeownership Program.

6. Member A receives Social Security disability and VA disability benefits, a Housing Choice voucher, and Supplemental Nutrition Assistance Program benefits.

7. Another member of FAIR resides in King County and is interested in applying for the Covenant Homeownership Program. He has never owned a home, his income is below the median income of his county, and his parents lived in

Declaration of Harris - 2
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

Docusign Envelope ID: 889255E5-EA50-40E1-AC05-8851AF9D2AAC

Washington before April 1968. This member is white. He is interested in applying for the Covenant Homeownership Program.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct based on my own knowledge and on information and belief.

DATED _____1/23/2025_____ at New York City, New York.

DocuSigned by:

*Monica Harris*

6D9763367DFD433...

MONICA HARRIS

---

Declaration of Harris - 3
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484