Hon. John H. Chun

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC. | ) ) ) | Civil Action No. 2:24-cv-01770-JHC |
| Plaintiff, | ) ) ) | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | ) ) | |
| STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission, | ) ) ) ) ) ) | |
| Defendant. | ) | |

Pursuant to LCR 7(n), Plaintiff FOUNDATION AGAINST INTOLERANCE AND RACISM, INC., wishes to notify the Court of the supplemental authority from recently enacted legislation, HB 1696, that is relevant to this matter. This legislation, attached hereto as Exhibit A, was signed into law on April 22, 2025, and pertains to Plaintiff's argument regarding standing at pp. 6–15 of the Opposition to the Motion to Dismiss (Dkt. #19).

P. Notice of Supp. Authority - 1
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

DATED: May 15, 2025.

                                    Respectfully submitted:

                                    PACIFIC LEGAL FOUNDATION

                                    *s/ Wesley Hottot*
                                    WESLEY HOTTOT, WSBA # 47539
                                    1425 Broadway #429
                                    Seattle, Washington 98122
                                    Telephone: (425) 576-0484
                                    WHottot@pacificlegal.org

                                     s/ *Andrew Quinio*
                                    ANDREW QUINIO
                                    California Bar # 288101 *
                                    555 Capitol Mall, Suite 1290
                                    Sacramento, California 95814
                                    Telephone: (916) 419-7111
                                    AQuinio@pacificlegal.org

                                     s/ *Christopher D. Barnewolt*
                                    CHRISTOPHER D. BARNEWOLT
                                    D.C. Bar # 90020413 *
                                    3100 Clarendon Blvd., Suite 1000
                                    Arlington, Virginia 22201
                                    Telephone: (202) 888-6881
                                    CBarnewolt@pacificlegal.org

                                    *Counsel for Plaintiffs*
                                    * *Pro hac vice*

P. Notice of Supp. Authority - 2
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484