IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC._____Plaintiff,_____v._____STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission,_____Defendant. | Civil Action No. 2:24-cv-01770-JHC**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT** |

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to File Amended Complaint. Dkt. # 25. The Court has reviewed the motion and the parties' responses, if any, and NOW THEREFORE,

IT IS HEREBY ORDERED:

that Plaintiff's deadline to file any amended complaint is extended to July 22, 2025.

Order Granting Mot. to Extend - 1
Case No. 2:24-cv-01770-JHC

DATED this 30th day of June, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order Granting Mot. to Extend - 2
Case No. 2:24-cv-01770-JHC