UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission, <br><br> Defendant. | No. 2:24-cv-01770-JHC <br><br> **ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion to Extend Defendant's Deadline to Respond to the First Amended Complaint. Dkt. # 33. The Court has reviewed the motion and NOW THEREFORE,

IT IS HEREBY ORDERED that Defendant's time to respond to Plaintiff's First Amended Complaint is extended to August 19, 2025.

Dated this 30th day of July, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE