Hon. John H. Chun

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC.<br><br>Plaintiff,<br><br>v.<br><br>STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission,<br><br>Defendant. | Civil Action No. 2:24-cv-01770-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND STAY DISCOVERY INITIATION**<br><br>**Note on Motion Calendar<br>August 19, 2025** |

Plaintiff Foundation Against Intolerance and Racism Inc. ("Plaintiff") and Defendant Steve Walker, in his official capacity as Executive Director of the Washington State Housing Finance Commission ("Defendant"), jointly move the Court to 1) extend the deadline for Plaintiff to file a Reply to Defendant's Opposition to the Motion for Preliminary Injunction; 2) extend the deadline for Plaintiff to respond to the First Amended Complaint; and 3) hold the initiation of discovery in abeyance pending the Court's decision on the Motion for Preliminary Injunction. In support of this Stipulated Motion, the Parties state the following:

Stip. Mot. to Extend Deadlines - 1
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

1. Plaintiff filed the First Amended Complaint in this matter on July 22, 2025. Dkt. 28.

2. Plaintiff filed a Motion for Preliminary Injunction on July 25, 2025. Dkt. 30.

3. Defendant filed his Opposition to Plaintiff's Motion for Preliminary Injunction on August 15, 2025, in which he requested dismissal of Plaintiff's First Amended Complaint. Dkt. 36. Plaintiff's Reply to Defendant's Opposition is due on August 22, 2025. Local Civil Rule 7(d)(4).

4. On August 18, 2025, Plaintiff's counsel asked Defendant if he would oppose Plaintiff's request for a one-week extension of time from the Court to file its Reply to the Opposition to the Motion for Preliminary Injunction, allowing the Plaintiff to file the Reply on or before August 29, 2025. Defense counsel also asked if Plaintiff would oppose a request from the Court to extend the deadline for Defendant to respond to the First Amended Complaint until two (2) weeks after the Court decides the pending Motion for Preliminary Injunction, as well as to hold discovery in abeyance pending that decision. Plaintiff's counsel requested the brief extension because of other matters impacting their availability. Defendant requested the extension given his request in his Opposition to the Preliminary Injunction motion to dismiss Plaintiff's First Amended Complaint based on lack of standing. Neither party opposed the other's request and agreed to this joint motion.

5. For the foregoing reasons, the Parties therefore jointly and respectfully request that the Court hold the initiation of discovery in abeyance pending a decision on the Motion for Preliminary Injunction and extend the deadlines as follows:

| Event | Revised Date |
|---|---|
| Plaintiff's Reply to Defendant's Opposition to the Motion for Preliminary Injunction | August 29, 2025 |

Stip. Mot. to Extend Deadlines - 2
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

| Defendant's Response to the First Amended Complaint | 2 weeks after the Court's decision on the Plaintiff's Motion for Preliminary Injunction |
|---|---|

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 19th day of August, 2025.

| PACIFIC LEGAL FOUNDATION | PACIFICA LAW GROUP |
|---|---|
| *Attorneys for Plaintiff FAIR* | *Attorneys for Defendant Steve Walker* |
| *s/ Andrew R. Quinio* | *s/ Jamie Lisagor* |
| ANDREW R. QUINIO | [signature added per authority] |
| California Bar # 288101 * | Paul Lawrence |
| 555 Capitol Mall, Suite 1290 | Jamie Lisagor |
| Sacramento, California 95814 | Erica Coray |
| Telephone: (916) 419-7111 | W. Scott Ferron |
| Fax: (916) 419-7747 | 401 Union St., Suite 1600 |
| AQuinio@pacificlegal.org | Seattle, WA 98101 |
|  | Telephone: (206) 245-1700 |
| *s/ Chris Barnewolt* | Paul.Lawrence@pacificalawgroup.com |
| CHRIS BARNEWOLT | Jamie.Lisagor@pacificalawgroup.com |
| D.C. Bar # 90020413 * | Erica.Coray@pacificalawgroup.com |
| 3100 Clarendon Blvd., Suite 1000 | Scott.Ferron@pacificalawgroup.com |
| Arlington, Virginia 22201 |  |
| Telephone: (202) 888-6881 |  |
| CBarnewolt@pacificlegal.org |  |

*s/ Wesley Hottot*
WESLEY HOTTOT, WSBA # 47539
1425 Broadway, #429
Seattle, Washington 98122
Telephone: (425) 576-0484
Fax: (916) 419-7747
WHottot@pacificlegal.org

* *Pro hac vice*

Stip. Mot. to Extend Deadlines - 3
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

# [PROPOSED] ORDER

PURSUANT TO STIPULATION and good cause finding, IT IS SO ORDERED that the initiation of discovery in this matter be held in abeyance pending a decision on the Motion for Preliminary Injunction and deadlines be extended as follows:

| Event | Revised Date |
|---|---|
| Plaintiff's Reply to Defendant's Opposition to the Motion for Preliminary Injunction | August 29, 2025 |
| Defendant's Response to the First Amended Complaint | 2 weeks after the Court's decision on the Plaintiff's Motion for Preliminary Injunction |

DATED this ___ day of _____, 2025.   _____
                                             HON. JOHN H. CHUN
                                             UNITED STATES DISTRICT JUDGE

Stip. Mot. to Extend Deadlines - 4
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484