Hon. John H. Chun

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

FOUNDATION AGAINST
INTOLERANCE AND RACISM, INC.

Plaintiff,

v.

STEVE WALKER, in his official
capacity as Executive Director of the
Washington State Housing Finance
Commission,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:24-cv-01770-JHC

**STIPULATED MOTION AND
[PROPOSED] ORDER TO
CONTINUE PRE-TRIAL
DEADLINES AND TRIAL DATE**

**Note on Motion Calendar
Aug. 12, 2026**

Plaintiff Foundation Against Intolerance and Racism Inc. ("Plaintiff") and Defendant Steve Walker, in his official capacity as Executive Director of the Washington State Housing Finance Commission ("Defendant"), jointly move the Court to amend the Order Setting Trial Date and Related Dates (Dkt. No. 47) and extend the trial date and related deadlines in this case. In support of this Stipulated Motion, the Parties state the following:

Stip. Mot. to Continue Pre-Trial Deadlines - 1
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

1. Plaintiff filed the Complaint in this matter on October 29, 2024. Plaintiff filed the First Amended Complaint in this matter on July 22, 2025. Dkt. 28.

2. Following the Court's denial of Plaintiff's Motion for a Preliminary Injunction on February 9, 2026 (Dkt. 45), Defendants answered the First Amended Complaint on February 23, 2026.

3. On March 31, 2026, the Court issued a Minute Order Setting Trial Date and Related Dates (Dkt. 47), scheduling, among other events, trial to commence on March 22, 2027, and for the Parties to complete discovery by October 23, 2026.

4. Since the Court issued its Order Setting Trial Date and Related Dates, the Parties have been actively engaged in discovery. Discovery in this matter will involve extensive identification of electronically stored information and production of material pursuant to the Parties' Protective Order. Consequently, beginning on July 17, 2026, and continuing thereafter, the Parties have met and conferred and agreed that extensions of current deadlines would assist them with completing discovery.

5. For the foregoing reasons, the Parties therefore jointly and respectfully request that the Court extend the deadlines in this matter as follows, for which good cause exists.

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Disclosure of Expert Testimony under FRCP 26(a)(2). | August 24, 2026 | November 3, 2026 |
| All motions related to discovery (LCR 7(d)). | September 23, 2026 | November 13, 2026 |
| Discovery Completion. | October 23, 2026 | December 16, 2026 |

Stip. Mot. to Continue Pre-Trial Deadlines - 2
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

| | | |
|---|---|---|
| Dispositive Motions and Motions Challenging Expert Witness Testimony (LCR 7(d)). | November 23, 2026 | March 5, 2027 |
| Settlement conference held no later than | January 21, 2027 | April 16, 2027 |
| Motions in limine. | February 8, 2027 | April 30, 2027 |
| Agreed pretrial order. | March 1, 2027 | May 21, 2027 |
| Deposition Designations. | March 3, 2027 | May 26, 2027 |
| Pretrial conference. | March 8, 2027 | June 1, 2027 |
| Trial briefs, proposed findings of fact and conclusions of law. | March 15, 2027 | June 4, 2027 |
| Trial start date. | March 22, 2027 | June 14, 2027 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 12th day of August, 2026.

PACIFIC LEGAL FOUNDATION         PACIFICA LAW GROUP
*Attorneys for Plaintiff FAIR*         *Attorneys for Defendant Steve Walker*

*s/  Andrew R. Quinio*         *s/  Jamie Lisagor*
ANDREW R. QUINIO              [signature added per authority]
California Bar # 288101 *         Jamie Lisagor
*s/  David Hoffa*              Paul Lawrence
DAVID HOFFA                   Erica Coray
Ariz. Bar # 038052*           W. Scott Ferron
555 Capitol Mall, Suite 1290  401 Union St., Suite 1600
Sacramento, California 95814  Seattle, WA 98101
Telephone: (916) 419-7111     Telephone: (206) 245-1700
Fax: (916) 419-7747           Paul.Lawrence@pacificalawgroup.com
AQuinio@pacificlegal.org      Jamie.Lisagor@pacificalawgroup.com
DHoffa@pacificlegal.org       Erica.Coray@pacificalawgroup.com
                              Scott.Ferron@pacificalawgroup.com

Stip. Mot. to Continue Pre-Trial Deadlines - 3                    Pacific Legal Foundation
Case No. 2:24-cv-01770-JHC                                        1425 Broadway, #429
                                                          Seattle, Washington 98122
                                                                  (425) 576-0484

*s/  Noelle Daniel*
NOELLE DANIEL
Kan. Bar No. 29461*
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org

*s/  Wesley Hottot*
WESLEY HOTTOT, WSBA # 47539
1425 Broadway, #429
Seattle, Washington 98122
Telephone: (425) 576-0484
Fax: (916) 419-7747
WHottot@pacificlegal.org

*\* Pro hac vice*

Stip. Mot. to Continue Pre-Trial Deadlines - 4
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

# [PROPOSED] ORDER

PURSUANT TO STIPULATION and good cause finding, IT IS SO ORDERED that the following pre-trial deadlines be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2). | August 24, 2026 | November 3, 2026 |
| All motions related to discovery (LCR 7(d)). | September 23, 2026 | November 13, 2026 |
| Discovery Completion. | October 23, 2026 | December 16, 2026 |
| Dispositive Motions and Motions Challenging Expert Witness Testimony (LCR 7(d)). | November 23, 2026 | March 5, 2027 |
| Settlement conference held no later than | January 21, 2027 | April 16, 2027 |
| Motions in limine. | February 8, 2027 | April 30, 2027 |
| Agreed pretrial order. | March 1, 2027 | May 21, 2027 |
| Deposition Designations. | March 3, 2027 | May 26, 2027 |
| Pretrial conference. | March 8, 2027 | June 1, 2027 |
| Trial briefs, proposed findings of fact and conclusions of law. | March 15, 2027 | June 4, 2027 |
| Trial start date. | March 22, 2027 | June 14, 2027 |

DATED this ___ day of _____, 2026.   _____

HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Stip. Mot. to Continue Pre-Trial Deadlines - 5
Case No. 2:24-cv-01770-JHC

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484