IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC.<br><br>Plaintiff,<br><br>v.<br><br>STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission,<br><br>Defendant. | Civil Action No. 2:24-cv-01770-JHC<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL DATE**<br><br>**Note on Motion Calendar Aug. 12, 2026** |

Plaintiff Foundation Against Intolerance and Racism Inc. ("Plaintiff") and Defendant Steve Walker, in his official capacity as Executive Director of the Washington State Housing Finance Commission ("Defendant"), jointly move the Court to amend the Order Setting Trial Date and Related Dates (Dkt. No. 47) and extend the trial date and related deadlines in this case. In support of this Stipulated Motion, the Parties state the following:

1. Plaintiff filed the Complaint in this matter on October 29, 2024. Plaintiff filed the First Amended Complaint in this matter on July 22, 2025. Dkt. 28.

2. Following the Court's denial of Plaintiff's Motion for a Preliminary Injunction on February 9, 2026 (Dkt. 45), Defendants answered the First Amended Complaint on February 23, 2026.

3. On March 31, 2026, the Court issued a Minute Order Setting Trial Date and Related Dates (Dkt. 47), scheduling, among other events, trial to commence on March 22, 2027, and for the Parties to complete discovery by October 23, 2026.

4. Since the Court issued its Order Setting Trial Date and Related Dates, the Parties have been actively engaged in discovery. Discovery in this matter will involve extensive identification of electronically stored information and production of material pursuant to the Parties' Protective Order. Consequently, beginning on July 17, 2026, and continuing thereafter, the Parties have met and conferred and agreed that extensions of current deadlines would assist them with completing discovery.

5. For the foregoing reasons, the Parties therefore jointly and respectfully request that the Court extend the deadlines in this matter as follows, for which good cause exists.

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2). | August 24, 2026 | November 3, 2026 |
| All motions related to discovery (LCR 7(d)). | September 23, 2026 | November 13, 2026 |
| Discovery Completion. | October 23, 2026 | December 16, 2026 |
| Dispositive Motions and Motions Challenging | November 23, 2026 | March 5, 2027 |

| | | |
|---|---|---|
| Expert Witness Testimony (LCR 7(d)). | | |
| Settlement conference held no later than | January 21, 2027 | April 16, 2027 |
| Motions in limine. | February 8, 2027 | April 30, 2027 |
| Agreed pretrial order. | March 1, 2027 | May 21, 2027 |
| Deposition Designations. | March 3, 2027 | May 26, 2027 |
| Pretrial conference. | March 8, 2027 | June 1, 2027 |
| Trial briefs, proposed findings of fact and conclusions of law. | March 15, 2027 | June 4, 2027 |
| Trial start date. | March 22, 2027 | June 14, 2027 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 12th day of August, 2026.

PACIFIC LEGAL FOUNDATION
*Attorneys for Plaintiff FAIR*

*s/ Andrew R. Quinio*
ANDREW R. QUINIO
California Bar # 288101 *
*s/ David Hoffa*
DAVID HOFFA
Ariz. Bar # 038052*
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
AQuinio@pacificlegal.org
DHoffa@pacificlegal.org

*s/ Noelle Daniel*
NOELLE DANIEL
Kan. Bar No. 29461*

PACIFICA LAW GROUP
*Attorneys for Defendant Steve Walker*

*s/ Jamie Lisagor*
[signature added per authority]
Jamie Lisagor
Paul Lawrence
Erica Coray
W. Scott Ferron
401 Union St., Suite 1600
Seattle, WA 98101
Telephone: (206) 245-1700
Paul.Lawrence@pacificalawgroup.com
Jamie.Lisagor@pacificalawgroup.com
Erica.Coray@pacificalawgroup.com
Scott.Ferron@pacificalawgroup.com

3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org

*s/ Wesley Hottot*
WESLEY HOTTOT, WSBA # 47539
1425 Broadway, #429
Seattle, Washington 98122
Telephone: (425) 576-0484
Fax: (916) 419-7747
WHottot@pacificlegal.org

* *Pro hac vice*

**ORDER**

Given the Court's trial calendar, the Court CONTINUES trial in this matter to **June 28, 2027**. The Court DIRECTS the Clerk to issue a standard case scheduling order that includes pretrial deadlines, beginning with the deadline for disclosure of expert testimony under Rule 26(a)(2).

DATED this 13th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE