UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM,<br><br>Plaintiff,<br>v.<br><br>STEVE WALKER, in his official capacity as Executive Director of the Washington State Housing Finance Commission<br><br>Defendant. | No.2:24-cv-01770-JHC<br><br>STIPULATED MOTION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL DATE |

Plaintiff Foundation Against Intolerance and Racism, Inc. ("Plaintiff") and Defendant Steve Walker, in his official capacity as Executive Director of the Washington State Housing Finance Commission ("Defendant"), jointly move the Court to amend the Order Setting Trial Date and Related Dates (Dkt. # 58) and extend the trial date and related deadlines in this case. In support of this Stipulated Motion, the Parties state the following:

1. Discovery in this matter has involved, and will continue to involve, extensive identification of electronically stored information, review of those materials, and production of material pursuant to the Parties' Protective Order. Both Parties have worked diligently to comply with their discovery obligations, including by serving

and responding to written discovery, collecting and reviewing custodial ESI, and producing documents on a rolling basis. Despite these diligent efforts, the volume and technical nature of the materials at issue have made it impracticable to complete fact and expert discovery within the current schedule.

2. This case involves large and complex data sets. Meaningful analysis of these data sets requires expert review, including cleaning, reconciling, and statistically analyzing the data, before the Parties' experts can form and disclose reliable opinions under Federal Rule of Civil Procedure 26(a)(2).

3. The Parties' experts cannot complete that work by the current November 30, 2026 expert disclosure deadline. Despite diligent efforts, much of the underlying data remains in the process of production, and the experts require sufficient time to receive the complete data, evaluate it, conduct their analyses, and prepare thorough reports. Additional time will also allow each side's experts to review and respond to the opposing experts' opinions, which will sharpen the issues for dispositive motions, any motions challenging expert testimony, and trial.

4. The Parties have previously met and conferred multiple times in this matter and amicably resolved discovery disputes.

5. Both Parties believe that extending the deadlines will promote the just, speedy, and efficient resolution of this matter by ensuring that expert opinions are based on a complete analysis of the record, reducing the likelihood of supplemental reports or disputes over expert disclosures, and allowing dispositive motions to be presented on a fully developed record. The requested extension is not sought for purposes of

delay, and no party will be prejudiced by it.

6. In addition, counsel for the Parties have extensive professional and personal conflicts between July and September 2027 that would conflict with a trial date during those months. The proposed schedule accommodates these conflicts and sets trial for October 18, 2027.

7. For the foregoing reasons, the Parties jointly submit that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the case schedule, and respectfully request that the Court enter an order setting the following pre-trial and trial deadlines:

| ***Event*** | ***Current Date*** | ***Proposed Date*** |
|---|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2). | November 30, 2026 | February 19, 2027 |
| All motions related to discovery (LCR 7(d)). | December 30, 2026 | March 25, 2027 |
| Discovery Completion. | January 29, 2027 | April 23, 2027 |
| Dispositive Motions and Motions Challenging Expert Witness Testimony (LCR 7(d)). | March 1, 2027 | May 21, 2027 |
| Settlement conference held no later than | April 29, 2027 | August 20, 2027 |
| Motions in limine. | May 17, 2027 | September 3, 2027 |
| Agreed pretrial order. | June 6, 2027 | September 24, 2027 |
| Deposition Designations. | June 9, 2027 | September 29, 2027 |
| Pretrial conference. | June 14, 2027 | October 4, 2027 |
| Trial briefs, proposed findings of fact and conclusions of law. | June 21, 2027 | October 8, 2027 |
| Trial start date. | June 28, 2027 | October 18, 2027 |

DATED this 16th day of November, 2026.

PACIFIC LEGAL FOUNDATION

*s/Andrew R. Quinio*
Andrew R. Quinio, Admitted PHV
David Hoffa, Admitted PHV
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
aquino@pacificlegal.org
dhoffa@pacificlegal.org

Noelle Daniel, Admitted PHV
3100 Clarendon Blvd, Suite 1000
Arlington, Virginia 22201
ndaniel@pacificlegal.org

Wesley Hottot, WSBA #47539
1425 Broadway, #429
Seattle, WA 98122
whottot@pacificlegal.org

*Attorneys for Plaintiff*

PACIFICA LAW GROUP LLP

*s/ Jamie L. Lisagor*
Paul J. Lawrence, WSBA #13557
Jamie L. Lisagor, WSBA #39946
Erica Coray, WSBA #61987
W. Scott Ferron, WSBA #61154
401 Union St., Suite 1600
Seattle, WA 98101
paul.lawrence@pacificalawgroup.com
jamie.lisagor@pacificalawgroup.com
erica.coray@pacificalawgroup.com
scott.ferron@pacificalawgroup.com

*Attorneys for Defendant Steve Walker*

**ORDER**

Due to the Court's trial calendar, IT IS ORDERED that the trial date be CONTINUED to **November 15, 2027**. The Court DIRECTS the Clerk to enter a standard scheduling order that includes pretrial deadlines, beginning with the deadline for disclosure of expert testimony.

DATED this 16th day of November, 2026.

John H. Chun
United States District Judge